### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JOSHUA SHELTON**                                                                                          **PLAINTIFF**

**v.**                                                   **Case No. 3:23-cv-00009 KGB**

**NUCOR-YAMATO STEEL COMPANY** *et al.*                                                **DEFENDANTS**

### ORDER

Before the Court is the parties' joint motion to dismiss separate defendants (Dkt. No. 2). The parties move to dismiss the following defendants because they never served as plaintiff Joshua Shelton's employer during time periods relevant to the allegations and counts alleged:  (1) Nucor Corporation, formally known as Nucor Steel, Nucor Arkansas, and Nucor Steel Arkansas; (2) Nucor Holding Corporation; and (3) Yamato Holding Company (*Id.*).  For good cause shown, the Court grants the motion and dismisses without prejudice from this lawsuit Nucor Corporation, Nucor Holding Corporation, and Yamato Holding Company.

Also before the Court is defendant Nucor-Yamato Steel Company's unopposed motion for extension of time to file answer (Dkt. Nos. 3).[1]  Nucor-Yamato Steel-Company seeks 14 days from its original response date to file its answer or other responsive pleadings.  For good cause shown, the Court grants the motion.  Nucor-Yamato Steel Company shall have up to and including April 10, 2023, to file its answer or other responsive pleadings.

---

[1] The Court acknowledges that, in addition to Nucor-Yamato Steel Company, the defendants the Court previously dismissed—Nucor Corporation, Nucor Holding Corporation, and Yamato Holding Company—also submitted this motion. Because the Court grants the parties' motion to dismiss Nucor Corporation, Nucor Holding Corporation, and Yamato Holding Company, the Court lists only remaining defendant Nucor-Yamato Steel Company as the moving party for the purposes of considering the motion for extension of time (Dkt. No. 3).

So ordered this the 30th day of March, 2023.

                                                  _____
                                                  Kristine G. Baker
                                                  United States District Judge