IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA SHELTON**                                                                                                       **PLAINTIFF**

v.                         Case No. 3:23-cv-00009 KGB

**NUCOR-YAMATO STEEL COMPANY,**
**Limited Partnership, and its General**
**Partners**                                                                               **DEFENDANT**

## ORDER

Before the Court is the joint motion for continuance filed by plaintiff Joshua Shelton and defendant Nucor-Yamato Steel Company (Dkt. No. 14). The current discovery deadline in this case is November 17, 2023 (*Id.*, ¶ 1). The parties state that there are still outstanding discovery issues that need to be resolved, that depositions still need to take place, and that plaintiff's motion for leave to file first amended complaint is pending before this Court (*Id.*, ¶ 2). The parties jointly request a continuance of the trial date by four months, along with a four-month extension on all other related deadlines in the Court's prior scheduling Order (*Id.*, ¶ 3). For good cause shown, the Court grants the parties' joint motion. The Court will reset the case for trial and reset all necessary pretrial deadlines by separate Order.

It is so ordered this 15th day of November, 2023.

                                                       _/s/ Kristine G. Baker_
                                                       Kristine G. Baker
                                                       United States District Judge