IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA SHELTON**  **PLAINTIFF**

v.   Case No. 3:23-cv-00009 KGB

**NUCOR-YAMATO STEEL COMPANY,**
**Limited Partnership, and its General**
**Partners**  **DEFENDANT**

## ORDER

    Before the Court is the status of this case. On November 14, 2023, defendant Nucor-Yamato Steel Company ("Nucor") filed a motion to compel plaintiff Joshua Shelton's responses to requests for production of documents (Dkt. No. 15). Plaintiff Joshua Shelton has not responded in opposition to the motion to compel. However, on December 14, 2023, Mr. Shelton filed a notice with the Court stating that Mr. Shelton's responses to Nucor's request for production of documents had been served on Nucor's attorneys (Dkt. No. 18). The Court directs the parties to file within 14 days of the entry of this Order a joint status report, or separate status reports if they cannot agree, informing the Court of the status of Nucor's motion to compel.

    It is so ordered this 5th day of February, 2024.

Kristine G. Baker
Chief United States District Judge