IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA SHELTON**                                                                                    **PLAINTIFF**

v.                          Case No. 3:23-cv-00009 KGB

**NUCOR-YAMATO STEEL COMPANY,**
Limited Partnership, and its General
Partners                                                                                                **DEFENDANT**

## ORDER

Before the Court is plaintiff Joshua Shelton's motion to extend discovery deadline (Dkt. No. 22). The discovery deadline is currently set for May 22, 2024 (*Id.*, ¶ 1). Mr. Shelton states that he has at least one more witness to depose and requests that the Court extend the discovery deadline by 20 days (*Id.*, ¶¶ 2, 4). Mr. Shelton further states that counsel for defendant Nucor-Yamato Steel Company does not object to this request (*Id.*, ¶ 3). For good cause shown, the Court grants Mr. Shelton's motion and extends the discovery deadline by 20 days up to, and including, June 11, 2024.

It is so ordered this 28th day of May, 2024.

_____
Kristine G. Baker
Chief United States District Judge