## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSHUA SHELTON**                                                                    **PLAINTIFF**

**v.**                                    **Case No. 3:23-cv-00009 KGB**

**NUCOR-YAMATO STEEL COMPANY,**
**Limited Partnership, and its General**
**Partners**                                                                          **DEFENDANT**

### ORDER

Before the Court are plaintiff Joshua Shelton's motion for extension of time and supplemental motion for extension of time (Dkt. Nos. 29; 30). In his motion for extension of time, Mr. Shelton requests an extension of time until June 26, 2024, to respond to defendant Nucor-Yamato Steel Company's ("Nucor") motion for summary judgment due to health issues suffered by Mr. Shelton's counsel (Dkt. No. 29, ¶¶ 1-3). In Mr. Shelton's supplemental motion for extension of time he states that Nucor's counsel has no objection to the extension (Dkt. No 30, ¶ 1). For good cause shown, the Court grants Mr. Shelton's motions and extends Mr. Shelton's deadline to respond to Nucor's motion for summary judgment up to, and including, June 27, 2024 (Dkt. Nos. 29; 30). The Court, on its own motion, extends the request beyond that proposed by the parties, given the date of this Order.

It is so ordered this 26th day of June, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge