IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA SHELTON**  **PLAINTIFF**

v.    Case No. 3:23-cv-00009 KGB

**NUCOR-YAMATO STEEL COMPANY,**
Limited Partnership, and its General
Partners    **DEFENDANT**

## ORDER

Before the Court is defendant Nucor-Yamato Steel Company's ("Nucor") motion to compel (Dkt. No. 15). On February 16, 2024, the parties filed a joint status report stating that plaintiff Joshua Shelton had provided responses to Nucor's requests for production of documents and that Nucor wishes to withdraw its motion to compel (Dkt. No. 21). The Court denies as moot Nucor's motion to compel (Dkt. No. 15).

It is so ordered this 5th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge