IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA SHELTON**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　Case No. 3:23-cv-00009 KGB

**NUCOR-YAMATO STEEL COMPANY,**
**Limited Partnership, and its General**
**Partners**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

Before the Court is the parties' joint motion for continuance (Dkt. No. 48).  The parties note that the trial date for this case is set for November 25, 2024 (*Id.*, ¶ 1).  The parties represent that they are concerned about witness availability during the week of November 25, 2024, given that the Thanksgiving holiday falls during that week (*Id.*, ¶ 3).  The parties are likewise concerned that the Court should have sufficient time to review and rule on defendant Nucor-Yamato Steel Company's pending motion for summary judgment (*Id.*, ¶ 4).  The parties therefore request that the Court continue the trial date by at least two months, along with a two-month extension for all other related deadlines in the Court's Second Amended Final Scheduling Order (*Id.*).  For good cause shown, the Court grants the motion (*Id.*).  The Court removes this case from the trial calendar for the week of November 25, 2024.  The Court will reset the other pending deadlines by separate Order.

It is so ordered this 25th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge