IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA SHELTON**                                                                                    **PLAINTIFF**

v.                          Case No. 3:23-cv-00009 KGB

**NUCOR-YAMATO STEEL COMPANY,**
**Limited Partnership, and its General**
**Partners**                                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Joshua Shelton's complaint is dismissed with prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 21st day of January, 2025.

                                                                                    _____
                                                                                    Kristine G. Baker
                                                                                    Chief United States District Judge